# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| YAJAIRA LOPEZ, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ABM ONSITE SERVICES-WEST, INC., a Delaware corporation; ABM INDUSTRIES INCORPORATED, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-05090-CJC-DFM<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS, AND WITHOUT PREJUDICE AS TO NON-CERTIFIED CLASS CLAIMS, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**[Joint Stipulation Requesting Dismissal Filed And Submitted Under Separate Cover Concurrently Herewith]**<br><br>Action Filed:    June 14, 2017<br>Courtroom:    9B |

    Pursuant to concurrently submitted Stipulation by and between all the parties through their counsel of record, and **FOR GOOD CAUSE SHOWN**, it is hereby **ORDERED** that:

1. That the above-captioned action be hereby voluntarily dismissed, in its entirety, pursuant to FRCP 41(a)(1)(A)(ii):

   a. **With prejudice** only as to Plaintiff Yajaira Lopez's individual claims; and

   b. **Without prejudice** only as to the class and representative claims.

2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 29, 2017  _____
The Honorable Cormac J. Carney
United States District Judge